# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0925
_____

SUSAN KRUGMAN-KADI,

    Appellant,

    v.

TALIA KRUGMAN-KADI, BONNET
LAKE HOLDINGS, LLC, K
SQUARED HOLDINGS, LLC, and
JAMES E. FORSMAN,

    Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Gloria R. Walker, Judge.


August 5, 2025

PER CURIAM.

    DISMISSED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly Held Israel of McGlinchey Stafford, Jacksonville, for Appellant.

Nicolas B. Harvey and W. Clark Caraway of Withers Harvey, P.A., Gainesville, for Talia Krugman-Kadi, Bonnet Lake Holdings, LLC, and K Squared Holdings, LLC.